# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Docket No._____ |
| ) | Case No. _____ |
| Plaintiff, ) | **08 MJ 2089** |
| ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | Title 8, U.S.C., Section 1326 |
| ) | |
| MEJIA-Bonilla, Miguel Angel ) | |
| a.k.a. MENDOZA-Cruz, Guillermo ) | |
| ) | Deported Alien Found in the United States |
| ) | |
| ) | (Felony) |
| Defendant, ) | |

FILED
08 JUL 10 AM 10: 24
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

The undersigned complainant, being duly sworn, states:

On or about July 8, 2008, within the Southern District of California, Defendant Miguel Angel MEJIA-Bonilla, also known as Guillermo MENDOZA-Cruz, an alien, who previously had been excluded, deported and removed from the United States to El Salvador, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Special Agent Cassandra Bullard
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9th DAY OF JULY 2008.

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge

## PROBABLE CAUSE STATEMENT

I, Special Agent Cassandra Bullard, U.S. Immigration & Customs Enforcement ("ICE"), declare under penalty of perjury, the following is true and correct:

Miguel Angel MEJIA-Bonilla came to my attention on or about April 22, 2008, by way of information received from San Diego Citizenship and Immigration Services (CIS). It was reported to me that MEJIA may have assumed the identity of another person for the purpose of fraudulently obtaining an alien registration receipt card.

On the afternoon of July 8, 2008, at approximately 2:30 p.m., I encountered MEJIA at the CIS Service Center in Chula Vista, California. I interviewed MEJIA regarding his immigration status and he revealed to me his true identity, Guillermo MENDOZA-Cruz. MEJIA claimed to be a citizen of Mexico and further denied having documents to lawfully be in the United States. He was then arrested and transported to the federal building in San Diego.

My review of records maintained by the U.S. Department of Homeland Security reveal that MEJIA is a native and citizen of El Salvador who was ordered deported by an immigration judge on May 12, 1997. These same records reveal that he was most recently removed from the United States on March 5, 2007, pursuant to the aforementioned immigration judge's order. My review of documents from MEJIA's alien file is consistent with these records.

Through my review of records I could find no indication that MEJIA had been granted permission to lawfully return to the United States after being removed to Mexico.

*Cassandra Bullard*

*A. McCurine*